AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

MARCIO PASSAMANI TOSO

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1105-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 17th 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly use and attempt to use documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing the documents to be forged, counterfeited, altered and falsely made and to be procured by false claim, statement and fraud,

in violation of Title 18 United States Code, Section(s) 1546

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts:

See attached Affidavit of Special Agent Aaron Arnfeld

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

09-13-2004                    at          Boston, Massachusetts
Date                                       City and State

Judith G. Dein
U.S. Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.