AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Marcio Passamani Toso

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1105-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Marcio Passamani Toso
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment ☐  Information ☐  Complaint ☒  Order of court ☐  Violation Notice ☐  Probation Violation Petition ☐

charging him or her with (brief description of offense)
fraud and misuse of documents

in violation of Title   18   United States Code, Section(s)  1546

Judith Gail Dein
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

9/13/04  Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   9/14/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.